991 A.2d 307

**Thomas S. WASHAM, Appellant**

v.

**COMMON PLEAS COURT OF DELAWARE COUNTY, Appellee.**

Supreme Court of Pennsylvania.

March 24, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 24th day of March, 2010, the Order of the Commonwealth Court is **AFFIRMED.**